**UNITED STATES COURT OF APPEALS**
**for the Fifth Circuit**

_____

No. 97-41035
_____

MICHAEL GARCIA ET AL.,

Plaintiffs-Appellants,

VERSUS

WILLIAM BREEDLOVE,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Texas
(C-96-CV-441)
_____

November 13, 1998

Before WISDOM, DAVIS and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.  See 5th Cir. Rule 47.6.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.